IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Lorraine Jones,            CHAPTER 13
       Debtor(s).                CASE NO. 15-31313

## RESPONSE TO MOTION TO AVOID LIEN

COMES NOW Republic Finance, LLC., a creditor in the above case and objects to the Motion to Avoid the Lien previously filed by the Debtor, and requests a hearing be set in this matter to address this issue.

                                  /s/Richard C. Dean, Jr.
                                  Attorney for Republic Finance, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, Alabama 36101-1028
334-264-2896
CNW

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Lorraine Jones | Joshua C. Milam, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 1005 Queensbury Drive | 566 S. Perry Street | P.O. Box 173 |
| Montgomery, AL 36116 | Montgomery, AL 36104 | Montgomery, AL 36101 |

                                  /s/ Richard C. Dean, Jr.
                                  OF COUNSEL