IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Lorraine Jones,           CHAPTER 13
       Debtor(s).                 CASE NO. 15-31313

## MOTION TO EXTEND DEADLINE TO FILE ADVERSARY PROCEEDING

COMES NOW Republic Finance, LLC., by and through counsel, and requests the Court to extend the deadline for filing an AP in the above case and as grounds would show unto the Court the following:

1. The AP deadline is August 17, 2015, which is today.

2. An Evidentiary Hearing is scheduled in the above case for Monday, August 31, 2015, which is two weeks from today.

3. The Evidentiary Hearing may resolve all issues between the parties and an Adversary Proceeding may not be necessary. The Creditor asked the Debtor to extend the deadline by agreement, and the Debtor said she did not want to do so. Therefore, this Motion is being filed with the Court, requesting the Court to extend the deadline for approximately 45 days, so as to give the Evidentiary Hearing on confirmation a chance to run its course, to see if an Adversary Proceeding is in fact warranted or is moot.

4. It would not unreasonably delay the proceedings, nor would it cause any prejudice to either party by extending the deadline. To do otherwise, would force the Creditor to file an AP immediately, thereby incurring time, expense, and causing an AP file to be set up in the Clerk's office, which may ultimately not be necessary.

WHEREFORE, the Creditor requests the Court to enter an Order extending the deadline for approximately 45 days, or to set this matter for hearing.

                                              /s/Richard C. Dean, Jr.
                                              Attorney for Republic Finance, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, Alabama   36101-1028
334-264-2896
AME

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Lorraine Jones | Joshua C. Milam, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 1005 Queensbury Drive | 566 S. Perry Street | P.O. Box 173 |
| Montgomery, AL 36116 | Montgomery, AL 36104 | Montgomery, AL 36101 |

/s/ Richard C. Dean, Jr.
OF COUNSEL